

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GUTIERREZ (D-27610), | Case No. C10-0863 JSW |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| R. GROUNDS, Warden, | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including February 10, 2011, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading

Dated: JAN 25 2011

The Honorable Jeffrey S. White

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALFONSO GUTIERREZ,

        Plaintiff,

v.

R GROUNDS et al,

        Defendant.
_____/

Case Number: CV10-00863 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfonso Gutierrez
D-27610
CTF
P.O. 689
Soledad, CA 93960

Dated: January 25, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk