**FILED**

FEB 2 2 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GUTIERREZ,<br><br>    Petitioner,<br><br>vs.<br><br>R. GROUNDS, Warden,<br><br>    Respondent. | No. C 10-0863 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>(Docket No. 11) |

Good cause appearing, **on or before March 1, 2011**, Defendants shall serve Petitioner a copy of the recent decision in *Swarthout v. Cooke*, 131 S. Ct. 859 (2011). Petitioner's request for an extension of time in which to file a traverse (document number 11), to and including **April 18, 2011**, is GRANTED.

IT IS SO ORDERED.

DATED: 02/22/11

JEFFREY S. WHITE
United States District Judge